

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00060-CV

| | | |
|---|---|---|
| D.W., as Next Friend of M.M.W. and T.F.W., Minor Children, and the Independent Administrator of the Estate of K.H., Deceased; Deborah Harris, Individually, as Next Kin of K.H., Deceased; and Clarence Haynes, Individually, as Next Kin of K.H., Deceased | § § § | From the 17th District Court of Tarrant County (17-265501-13) July 3, 2014 |
| v. | | |
| Raja Sawhney, M.D. | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the order of the trial court is reversed and the case is remanded to the trial court for further proceedings.

It is further ordered that Appellee Raja Sawhney, M.D. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Lee Ann Dauphinot_____
    Justice Lee Ann Dauphinot